FILED: October 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2160

(1:14-cv-02375-JFM)

_____

LAVERNE JONES; STACEY JONES, f/k/a Stacey Ness; KERRY NESS, Individually and on behalf of the Certified Class

   Plaintiffs - Appellants

v.

BERNALDO DANCEL; AMERIX CORPORATION; 3CI, INC., a/k/a 3C Incorporated; CAREONE SERVICES, INC.; ASCENDONE CORPORATION, a/k/a Ascend One Corporation

   Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:14-cv-02375-JFM |
| Date notice of appeal filed in originating court: | 10/27/2014 |
| Appellant (s) | Laverne Jones, Stacey Jones and Kerry Ness |
| Appellate Case Number | 14-2160 |
| Case Manager | Cathi Bennett, 804-916-2704/2774 |